UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUBEN C. JONES, | ) |
| Petitioner, | ) |
| v. | ) No. 4:06CV00030 ERW |
| TROY STEELE, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on petitioner's motions to proceed in forma pauperis. This case has been closed for more than four years. The motions are moot, and the Court will not accept any further pleadings or motions in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motions to proceed in forma pauperis [docs. #24, #25] are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall not accept for filing any further pleadings or motions in this closed case.

So Ordered this 21st day of June, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE